FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEJUAN IDEL NELMS,<br><br>Defendant. | No: 2:05-cr-0047-LRS-1<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

BEFORE THE COURT is the Defendant's Motion for Early Termination of Supervised Release. ECF No. 77, 80. The Government did not file a response and U.S. Probation has taken no position on the matter. After reviewing the motion and the files and records herein, the court concludes the "interest of justice" is satisfied by early termination of Defendant's supervised release. 18 U.S.C. § 3583(e)(1). Accordingly, the motion, **ECF No. 77 and ECF No. 80**, is **GRANTED** and Defendant's current term of supervised release is hereby terminated.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel and to the U.S. Probation Office.

**DATED** August 8, 2022.

_____
LONNY R. SUKO
Senior United States District Judge

ORDER - 1